# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156540(78)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TYSHAWN YATES,
        Defendant-Appellant.
_____/

SC: 156540
COA: 332520
Berrien CC: 15-002916-FC

On order of the Chief Justice, the motion of defendant-appellant for guidance is GRANTED. An amended application may be filed by the attorney for defendant-appellant on or before February 9, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2018



Clerk